IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
UNITED STATES OF AMERICA,            \*
Plaintiff                            \*
                                     \*
       vs.                           \*      CR. NO.: 97-271-004(HL)
                                     \*
                                     \*
LUIS RIVERA-ROSARIO                  \*
Defendant                            \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

INFORMATIVE MOTION

TO THE HONORABLE HECTOR M. LAFFITTE
U.S. DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

COMES NOW, MARIBEL TORRES-BAERGA, U. S. Probation Officer of this Honorable Court, and respectfully informs that the changes ordered by the Court on June 5, 2003 in the presentence investigation report of the above-named defendant has been effected.

In San Juan, Puerto Rico, this 15th day of April, 2005

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


S/Andrea L. Cribben
U.S. Probation Officer
Federal Office Building
150 Ave Carlos Chardón, Rm 400
San Juan PR  00918-1741
787-294-1649
787-771-4063 (Fax)
Andrea_Cribben@prp.uscourts.gov

CERTIFICATE OF SERVICE

I HEREBY certify that on April 11, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant U.S. Attorney Evelyn M. Canals and Assistant Federal Public Defender Francisco Valcárcel.

In San Juan, Puerto Rico, Puerto Rico, this 11th day of April, 2005

S/Andrea L. Cribben
Andrea L. Cribben
U.S. Probation Officer
Federal Office Building
150 Ave Carlos Chardón, Rm 400
San Juan PR  00918-1741
787-294-1649
787-771-4063 (Fax)
Andrea_Cribben@prp.uscourts.gov